

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

---

No. 07-25-00014-CV

---

DANIEL L. NOFFSINGER, APPELLANT

V.

CAPITAL ONE, N.A., APPELLEE

---

On Appeal from the County Court at Law No. 5
Williamson County, Texas
Trial Court No. 23-0963-CC5, Honorable Will Ward, Presiding

---

February 7, 2025

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Daniel L. Noffsinger, filed a notice of appeal from the trial court's *Final Judgment*. Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001. Prior to the transfer, by letter of December 9, 2024, the Clerk of the Third Court of Appeals notified Noffsinger that the requisite filing fee was overdue and that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by December 19 would result in dismissal of

the appeal.  To date, Noffsinger has neither paid the filing fee nor sought leave to proceed without payment of court costs.

Because Noffsinger has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam